

No. 94–1139. GOVERNMENT EMPLOYEES INSURANCE CO. ET AL. *v.* DUANE. C. A. 4th Cir. [Certiorari granted, 513 U. S. 1189.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. — – —. CONNER *v.* NORFOLK SOUTHERN CORP. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – —. GOETZ ET AL. *v.* CROSSON ET AL.; and
No. — – —. LONCHAR *v.* THOMAS, WARDEN. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners denied.

No. D–1537. IN RE DISBARMENT OF WAGNER. Disbarment entered. [For earlier order herein, see 514 U. S. 1061.]

No. 94–1244. BEHRENS *v.* PELLETIER. C. A. 9th Cir. [Certiorari granted, 514 U. S. 1035.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Samuel T. Rees, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 94–8631. IN RE JUDD. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 20, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–1745. IN RE MANDANICI; and
No. 94–8700. IN RE VERDONE. Petitions for writs of mandamus denied.

No. 94–8706. IN RE SNYDER. Petition for writ of prohibition denied.